UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DANIEL HERNANDEZ,

                Defendant.

18-CR-834-04 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Defendant Daniel Hernandez was arrested this morning on an arrest warrant issued by the Court. A hearing will be held this afternoon at **1:30 p.m.** in **Courtroom 318** in the Thurgood Marshall United States Courthouse at which, *inter alia*, Mr. Hernandez will be arraigned on alleged violations of his conditions of supervised release.

    SO ORDERED.

                                   *Paul A. Engelmayer*
                                PAUL A. ENGELMAYER
                                United States District Judge

Dated: October 29, 2024
       New York, New York