UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DANIEL HERNANDEZ,

                Defendant.

18-CR-834-04 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court schedules a conference for the purpose of arraigning the defendant on multiple supervised release violations specifications on **April 21, 2025 at 10:30 a.m.**, in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: April 11, 2025
       New York, New York