UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL HERNANDEZ,

Defendant.

**CONDITIONS OF SUPERVISED
RELEASE**

18 Cr. 834 (PAE)

In addition to all existing terms of supervised release, heretofore, you must not reside with anyone who possesses a firearm and/or ammunition or have any firearms and/or ammunition in your residence, without prior approval from the Court.  For the purposes of this Order, your "residence" includes the house you live in; the property that your house is situated upon; the "pool house" in which your brother resided and from which law enforcement officers recovered a firearm on or about March 12, 2025; and any other structures on the property where your house is located.

SO ORDERED:

Dated: New York, New York
        April 23, 2025

_____
THE HONORABLE PAUL. A. ENGELMAYER
UNITED STATES DISTRICT JUDGE