

U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

July 3, 2025

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Daniel Hernandez* 18 Cr. 834 (PAE)

Dear Judge Engelmayer:

The parties write to provide the Court with an update regarding the above-captioned defendant's violation of supervised release ("VOSR") specifications in advance of the upcoming July 23, 2025 VOSR hearing. Assuming it is acceptable to the Court, the parties anticipate that at the upcoming hearing, Hernandez will admit to VOSR Specifications 3 and 4, which are each Grade C violations, charging him with unlawfully possessing MDMA and cocaine, respectively. Following his admissions, the Government will move to dismiss Specifications 1 and 2, whereupon the Government understands that the defendant—with the Government's consent—will request an adjournment for sentencing. Because the defendant's anticipated admissions will obviate the need for an evidentiary hearing, the Government respectfully requests that its witnesses—who would otherwise need to travel from Florida to provide testimony—be excused from appearing at the upcoming July 23 hearing.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Jonathan E. Rebold
Assistant United States Attorney
(212) 637-2512

**GRANTED.**

7/7/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge